**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREG & COMPANY, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01645

Judge Manish S. Shah

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| No. | Defendant |
|---|---|
| 1 | jajisne |
| 2 | panlongqusichaobaihuoshanghang |
| 3 | lyxrrdq |
| 4 | 海冯边玩具 |
| 5 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 6 | BEIBEEe |
| 7 | dongguanshijinhonggongyipin |
| 8 | yangzhixiongdnsainfiafsmnaiawmsaofdi |
| 9 | HuaiNanQuanDeShangMaoYouXianGongSi |
| 10 | JJIWE |
| 11 | bofangyike |
| 12 | 美眉饰科 |
| 13 | PaiWeiYeYa |
| 14 | tangyinxianboliyezhuangshizhuangxiu |
| 15 | GuangZhouYiWuShangMao |
| 16 | 金华市淑徵服饰有限公司 |
| 17 | DingYuTing |
| 18 | chengzekbfdgr |

| | |
|---|---|
| 19 | xuesongchengzhe |
| 20 | HuiChengChongShangMaoFuZhuangDian |
| 21 | Throwado Direct |
| 22 | aeuxlons |
| 23 | guoshengtong |
| 24 | xinxiangshibaofushizhenggongcheng |
| 25 | YunNanZiBin |
| 27 | zhiuen |
| 28 | honghesanyuqichexiaoshoufuwu |
| 29 | chenzhoushibeihuqumanying |
| 30 | 勇赣贸易 |
| 31 | houyishangmaodian |
| 32 | wqybcv |
| 33 | 莱莉电子配件 |
| 34 | QuJingXuLiaoShangMao |
| 35 | 淮音商贸行 |
| 36 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 37 | KKKll |
| 38 | luoyangzepanjianzhugongcheng |
| 39 | lewide |
| 40 | ttachel |
| 41 | BeiLingJingMao |
| 42 | 范书柜收纳 |
| 43 | ALEXMACLIST |
| 44 | nanxindege |
| 45 | yonggexuexiudian |
| 47 | BoonieBoom |
| 48 | chenwebbindexiaodian |
| 49 | wenoo |
| 50 | zhengzhouyulinjieshangmaoyouxiangongsi |
| 51 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 52 | Qifu6e6e - ship from USA |
| 53 | nanningchunlankejiyouxiangongsi |
| 54 | pingdingshanshiguanzhunshangmao |
| 55 | TruGoods Store |
| 56 | YueFeiHaiGongSi |
| 57 | NETHOMEWOODS |
| 58 | artofdiamondpainting |
| 59 | artofpaintbynumbers |
| 60 | paintbynumbershome |

This terminates the action.

DATED: August 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt