AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:26-cv-01645 | DATE FILED<br>2/12/2026 | |
| PLAINTIFF<br>Greg & Company, LLC. | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G Bruton | E. Calasanz | 8/27/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-249-478**

**Effective Date of Registration:**
February 25, 2021

**Registration Decision Date:**
May 03, 2021

## Title

**Title of Work:** GREGCO 535 Thank You

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 15, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


Thank You

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-160-387**

**Effective Date of Registration:**
January 03, 2019

## Title

**Title of Work:** 456 Barn & Truck

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC
**Name:** Greg Giordano
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification

**Name:** Joshua J. Kaufman, Esq.
**Date:** January 03, 2019
**Applicant's Tracking Number:** 40980/184571


Apple Valley Orchards
Nursery & Tree Farm

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-225-813**

**Effective Date of Registration:**
November 04, 2020

**Registration Decision Date:**
December 03, 2020

## Title

**Title of Work:** GREGCO 425 Tractor and Barn

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** April 14, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


© Greg Giordano

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-368-491**
**Effective Date of Registration:**
August 16, 2023
**Registration Decision Date:**
October 30, 2023

## Title

**Title of Work:** GREGCO 456-2 Barn & Truck with Dogs

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 22, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


Cobble Hill
Farms

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-241-187**
**Effective Date of Registration:**
February 02, 2021
**Registration Decision Date:**
March 12, 2021

## Title

**Title of Work:** GREGCO 469-2 Bluebird and White Flowers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 14, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-228-595**

**Effective Date of Registration:**
November 04, 2020

**Registration Decision Date:**
December 18, 2020

## Title

**Title of Work:** GREGCO 510 Whitewash Fall Birds

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 14, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


© Greg Giordano

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-228-622**

**Effective Date of Registration:**
November 03, 2020

**Registration Decision Date:**
December 18, 2020

## Title

**Title of Work:** GREGCO 336 Cardinal Pair & Dogwood

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** July 14, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


© Greg Giordano

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-239-858**

**Effective Date of Registration:**
November 17, 2020
**Registration Decision Date:**
March 12, 2021

## Title

**Title of Work:** GREGCO 416-2 Deer and Cardinals

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 15, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-228-612**

**Effective Date of Registration:**
November 04, 2020

**Registration Decision Date:**
December 18, 2020

## Title

**Title of Work:** GREGCO 437 Truck and Goldens

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 23, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


COBBLE HILL
FARMS

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-234-392**

**Effective Date of Registration:**
January 11, 2021
**Registration Decision Date:**
January 28, 2021

## Title

**Title of Work:** GREGCO 408 Cardinals and House

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 14, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


© Greg Giordano

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-375-496**
**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 18, 2023

## Title

**Title of Work:** GREGCO 456 Horizontal Barn & Truck

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 23, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-249-370**

**Effective Date of Registration:**
February 18, 2021

**Registration Decision Date:**
May 03, 2021

## Title

**Title of Work:** GREGCO 254 Ladybugs on Queen Anne's Lace

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** June 10, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


© Greg Giordano

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-239-035**

**Effective Date of Registration:**
February 25, 2021

**Registration Decision Date:**
March 01, 2021

## Title

**Title of Work:** GREGCO 386 Bird Panoramic

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** June 15, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-228-627**
**Effective Date of Registration:**
November 03, 2020
**Registration Decision Date:**
December 18, 2020

## Title

**Title of Work:** GREGCO 442 Hummingbird and Fuscia

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 14, 2017
**Nation of 1st Publication:** Germany

## Author

- **Author:** Greg & Company, LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-224-725**

**Effective Date of Registration:**
October 29, 2020
**Registration Decision Date:**
November 27, 2020

## Title

**Title of Work:** GREGCO 491 Patriotic Bluebird

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-225-233**

**Effective Date of Registration:**
November 13, 2020
**Registration Decision Date:**
December 01, 2020

## Title

**Title of Work:** GREGCO 551 Green Pick Up and Dogs

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 15, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


© Greg Giordano

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-380-498**
**Effective Date of Registration:**
November 01, 2023
**Registration Decision Date:**
January 25, 2024

## Title

**Title of Work:** GREGCO-JC-Shadow Beasts Deer and Flag

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 21, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Greg & Company, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Greg & Company, LLC.
76 Tally Ho Road, Ridgefield, CT, 06877, United States

## Rights and Permissions

**Organization Name:** Greg & Company, LLC.
**Name:** Greg Giordano
**Email:** greg@greggiordanoart.com
**Telephone:** (203)482-2794
**Address:** 76 Tally Ho Road
Ridgefield, CT 06877 United States

## Certification


WHITETAIL
DEER

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Greg & Company, LLC.

Plaintiff,

v.

Case No.: 1:26−cv−01645

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Manish S. Shah: All of plaintiff's claims having been resolved, this case is dismissed. Civil case terminated. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.